LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GREGOR,<br><br>   Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>   Defendants. | CASE NO. C 06 0677 SC<br><br>Before the Honorable SAMUEL CONTI<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date: June 16, 2006<br>Conference Time: 10:00 A.M.<br>Location: Courtroom 1, 17th Floor<br>     San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 16, 2006 Case Management Conference ("CMC") to September 22, 2006, at 10:00 A.M. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*

*Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: 6/13/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

Honorable
United States District Judge